# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JILL CARUSO,

      Plaintiff,

v.

MONROE HOTEL SOLUTIONS, INC.,
a Michigan corporation for profit,

      Defendant.

Case No. 21-11440

Hon. Terrence G. Berg

| LAW OFFICE OF OWEN B. DUNN JR. | JACKSON LEWIS P.C. |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Emily M. Petroski (P63336) |
| Law Office of Owen B. Dunn, Jr. | Elyse K. Culberson (P82132) |
| The Ottawa Hills Shopping Center | 2000 Town Center, Suite 1650 |
| 4334 W. Central Ave., Suite 222 | Southfield, MI 48075 |
| Toledo, OH  43615 | 248-936-1900 |
| 419-241-9661 | Emily.Petroski@jacksonlewis.com |
| dunnlawoffice@sbcglobel.net | Elyse.Culberson@jacksonlewis.com |
| | Attorneys for Defendant |
| Valerie J. Fatica (0083812) | |
| 4334 W. Central Ave., Suite 222 | |
| Toledo, OH  436(419) 654-1622 | |
| valeriefatica@gmail.com | |
| Attorneys for Plaintiff | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Plaintiff, Jill Caruso, together with Defendant Monroe Hotel Solutions, Inc., by and through their counsel, hereby stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and without attorneys' fees or costs to any party.

**STIPULATED AND AGREED TO BY:**

/s/ Owen B. Dunn, Jr. (with consent)
Owen B. Dunn, Jr. (P66315)
Law Office of Owen B. Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH  43615
419-241-9661
dunnlawoffice@sbcglobel.net

Valerie J. Fatica (0083812)
4334 W. Central Ave., Suite 222
Toledo, OH  43615
(419) 654-1622
valeriefatica@gmail.com
Attorneys for Plaintiff

/s/ Elyse K. Culberson
Emily M. Petroski (P63336)
Elyse K. Culberson (P82132)
Jackson Lewis P.C.
Attorneys for Defendant
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
emily.petroski@jacksonlewis.com

Dated: June 6, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JILL CARUSO,

      Plaintiff,
                                          Case No. 21-11440

v.                                                   Hon. Terrence G. Berg

MONROE HOTEL SOLUTIONS, INC.,
a Michigan corporation for profit,

      Defendant.

| LAW OFFICE OF OWEN B. DUNN JR. | JACKSON LEWIS P.C. |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Emily M. Petroski (P63336) |
| Law Office of Owen B. Dunn, Jr. | Elyse K. Culberson (P82132) |
| The Ottawa Hills Shopping Center | 2000 Town Center, Suite 1650 |
| 4334 W. Central Ave., Suite 222 | Southfield, MI 48075 |
| Toledo, OH 43615 | 248-936-1900 |
| 419-241-9661 | Emily.Petroski@jacksonlewis.com |
| dunnlawoffice@sbcglobel.net | Elyse.Culberson@jacksonlewis.com |
|  | Attorneys for Defendant |
| Valerie J. Fatica (0083812) | |
| 4334 W. Central Ave., Suite 222 | |
| Toledo, OH  436(419) 654-1622 | |
| valeriefatica@gmail.com | |
| Attorneys for Plaintiff | |

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNYES' FEES OR COSTS

Upon stipulation of the parties and the Court being fully advised of the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without attorneys' fees or costs to any party. Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED.

/s/Terrence G. Berg
Hon. Terrence G. Berg

Dated: June 6, 2022